UNITED STATES DISTRICT COURT
EUGENE, OREGON

**LETTER ROGATORY**

February 27, 2012

Michael Hogan
Administrative Judge of Probate Court
Probate Court Case #CR-11-60131-HO

RE: FARETTA HEARING
    Reason for refusal of court appoint Bar Attorney's
    Demand for Truth and Justice
    Demand for full investigation into all facts
    Reason for court to dismiss

**Reservation of all rights – without prejudice – UCC 1-308**
**Reservation of our law form – UCC 1-103**

Dear Judge Hogan,

I accept your oath of office, your loyalty oath and your allegiance to the Constitution, for the United States of America and to the Constitution of the State of Oregon, rejecting all other oaths. (5 USC 2906 – 3331) I accept your bond and your expressed willingness to help in resolving this matter, which we did not initiate. We are the living man and woman of faith and come in a Bond of Peace seeking our God-given rights, constitutional rights and all rights reserved without prejudice, UCC-1-308. We will try to be brief and to the point. Please have patience. Many years we have studied God's word making sure to direct our decisions according to His commandments. We are certain, without a doubt, what we have learned after 30 is true. The Bible is clear about Satan's attempt to rob both our spiritual and physical estates (I Kings 21). We have purchased many books, at thousands of dollars, read and spoken to and relied upon many experts in the field of law. All this has firmly convinced us that our standing as a free sovereign man and woman on the land, not subject but to the higher laws, God's law, to do no evil to anyone, owe no man anything but love, which we have maintained, is the right and just thing to do. To yield to a lower law form, statutes of man, is to, in fact, deny God, the only lawgiver, and the judge, and is to risk his judgment upon us. We pray this will be helpful to you to understand our firm position that we hold in good faith.

**DECLARATION OF FACTS AND TRUTH**

1

Letter of Rogatory

Are you aware that my wife and I were falsely arrested and kidnapped at 9:30 AM on October 23, 2011 on our way to church? At the time of our arrest, we demanded a copy of the warrant, including a supporting affidavit document. We were told that we were not entitled to one and would not get one. We refuse consent to be arrested, it was against our will and over our objection. Force was used to arrest us and handcuff us. We required the IRS CID and the state police officer to call the Sheriff to which they replied your Sheriff has no authority or power and your Sheriff is nothing, and cannot do a GD thing about anything. We refuse the reading of the Miranda warning and did not consent to be in chains and were entitled to see a magistrate immediately. After a three-hour drive, we were taken to the Lane, County Jail for booking. However, the booking officer was very reluctant to book us because there were no charges and no warrant nothing to book us for. The Lane County booking officer said I do not think you can do this, to which the IRS-CID, said just to do it. We will get you some paperwork later.

We were put into what is called the fish tank for 24 hours with no place to rest or lay down and then taken on the following Monday in chains before Mr. Coffin. We still were not made aware of the charges and the nature of the charges, until our first time before Mr. Coffin.

I asked Mr. Coffin for the law that purported we had a legal duty to file. He did not answer. I further told him I was the General Executor for the named defendant, the all capitalized spelling of RONALD D JOLING and DOROTHEA J JOLING. He was becoming very angry and agitated and began threatening us. He finally read the charges and asked if I understood the charges. I said we do not understand the charges. I also stated we reserve all our rights and are the belligerent claimant of all our rights. Then Mr. Coffin threatened us with 6 to 9 weeks of psychological analysis in Springfield, Mo. He put a gag order on us. We refused to take the court appointed attorneys. We would not plead so Mr. Coffin entered the plea for us. Because he was angry with us he put us back in jail and indicated that we would stay there until we followed all his demands, so much for due process and righteousness and innocent until proven guilty. I could go on and on to name the other criminal abuses we suffered along with physical injuries inflicted upon us but God will judge all men. So I will get to the reasons I refuse court attorneys and reserve the right to defend myself never waiving the right to counsel. No one can force us to contract while under duress and fear and in chains and shackles. Further, no one is to come to a court of equity in chains. Evidently, we are guilty until proven innocent. We believe this treatment has opened the door to a Tort Claim.

## Declaration of truth and facts why court appointed attorneys are refused.

### NOTE: None of the included documents are to be considered a motion or pleading.

We are God created, living man and women, not subject to the jurisdiction of this court or its law form. All our rights are reserved without prejudice. UCC-I-308

1. Our advisor's are officers of the court. They are not lawyers or privy counselors but only hold a Bar Card (British Accredited Registry). Therefore, there is an un-deniable conflict of interest. There cannot be a fair and unbiased trial.

2. The attorneys will not move the court for a trial by jury to a sixth amendment trial out of this present probate administrative court, or the District Court of the United States.

2

Letter of Rogatory

3. The attorney's refused to sign the contracts given to them by us under the terms that will give us an honest due process trial, enabling us to enter all the truth and facts into the record. They told us they will enter what they want, not us.

4. The attorney's never demanded the court to prove jurisdiction on the record, by written documentation, signed under penalties of perjury. Notice from the court is not proof.

5. The attorney's never demanded or requested that the Department of Justice and or the complaining party (IRS) to produce the law showing what provision of the Internal Revenue Code which imposes the legal duty upon us to pay a personal Federal Individual Income Tax. Lacking this, they should compel the court to dismiss for failure to state a claim upon which relief can be granted.

6. The attorney's have not shown us or presented to the court a known legal duty which created an obligation with which we have failed to comply subjecting us to a presumption of guilt for non-compliance and based on this false presumption seek to punish us under a criminal provision. How can a court of truth allow this end to go on?

7. The attorney's have not presented to us, the injured party a valid claim, signed under penalties of perjury, from the complaining parties (IRS) or from the Department of Justice. All presumption of claims or injuries are rebutted until proved on the record

8. The attorney's did not challenge the (IRS) claims or point out that seven liens were filed all for the same amount proving that six, therefore, must be fraudulent, which is a basis for a class B felony, and since there were more than one party signing the fraudulent Notice of Federal Tax Lien, charges to the IRS includes racketeering.

9. The attorney's refused their appointment from us to be the trustee or demand the DOJ to be trustee and settle this commercial case, through set off P.L. 73-10 Stat 48-48-12, or demand a warrant for payment from us, the authorized representatives to sign. No voucher was ever presented.

10. The attorney's will not request a constitutional verifiable certification of the statute used for charging us, including any and all others used. All statues are under private copyright.

11. The attorney's are unwilling to find the nature of the action against us. Is it Probate Law, Admiralty Law, Municipality Law, or Military Law violations? Is this a Constitutional Article III Court of Record in Law, using Admiralty Laws and Maritime Insurance?

12. The attorney's would not recognize the listed charges are in brackets and as the government printing manual states that they have therefore no effect of law. All taxes are estate and gift taxes.

13. The attorney's refused to ask this court if they operate on the basis, that one is innocent until proven guilty.

14. The attorney's admit they have never had a win in an IRS case. Should we trust attorney's who have never won a case against the IRS. Would the court appoint Mr. Tom Cryer, as our

3

counsel, or Joe banister, or crown privy counselors, or others, who know the truth, and how they won their cases?

15. The attorney's believe the charges are true and will not rebut these false presumptions or challenge under Rule 602. They will not challenge the grand jury to prove they were given all the facts and the truth from first-hand witness and knowledge, and were the charges certifiable under penalties of perjury.

16. The attorney's would not move for a mandatory judicial notice, under this lack of due process.

17. The attorney's are not familiar with the 42,000 documents and 44,000 more all from legal experts and professionals proving beyond a doubt all that we stand upon is true.
18. The attorney's would not read or consider the fact that Title 18 is not law. Many have been freed from prison on appeal. The attorney's refused to present this evidence to the court.

19. The attorney's would not address the fact that this is a commercial court all issues or crimes all issues are taxable and they refused to cite the Clearfield doctrine. (27 USC 27:11)

20. The attorney's will not enter the Texas Attorney General's brief, showing the private man and woman in the 50 states, are not subject to the IRS code, or subpoena him for testimony

21. The attorney's have failed to note and to present to this court that the Department of Justice and the IRS have defaulted on a counterclaim in Admiralty now two months past due. (28 USC. 1333).

22. The attorney's counsel to us, was to shut up and let the court do to you what ever they like, right or wrong. Bow down to the Statutes of Baal.   If they will not challenge, right or wrong, how will they defend us?

23. The attorney's would not recognize that we demurred to all the charges at our first arraignment. We went to jail for our objections yet there was no objection from the attorney's.

24. The attorney's would not admit whether this court is a court of true law, Constitutional Law Article III Court in law, a court of true record, certifiable, to the higher court or not.

25. The attorney's do not recognize that we are standing on the Foreign Sovereign Immunity Act. Neither will they recognize that we are not US citizens, not taxpayers, not corporate entities, but the private man and woman on the land.

26. We cannot sign the ACKNOWLEDGMENT sent to Ronald D Joling and Dorothea J Joling.  We are not taxpayers

27. Will the attorneys be willing to invoke a court of inquiry.

4

Letter of Rogatory

I could list 100 more reasons from law and Scripture and even from your own statutory regulations why I would need a psychological examination if I were to keep court appointed attorney. They serve only the interest of the court. The courts are owned by the Executive Branch of the DOJ in Washington, D.C.
It is true we do not know all the courts legalese and procedures. However, since the court must uphold Supreme Court Law, Constitutional Law, which states that substance rules, not form.
We pray therefore that this information and documentation submitted to you will clarify the reasons of our good faith belief and the fact that we should defend ourselves thank you for your consideration.

The following documents are only a very few we have relied upon, and have convinced that our position is correct and lawful.

### NOTICE

These documents are not to be considered motions or pleadings. They are submitted to clarify our position on our refusal of court appointed attorneys and why this case must be dismissed.

All Rights Reserved, without prejudice
UCC 1-308/UCC 1-207

By: *Ronald Dean Joling*
Ronald-Dean: Joling, General Executor

All Rights Reserved, without prejudice
UCC 1-308/UCC 1-207

By: *Dorothea Joan Joling*
Dorothea-Joan: Joling, Successor Executrix

Enclosures: Certificate of Dishonor
  General Executor, Notice of Contractual of Restrictions of Standby Councel for Cause
  Declaration of Ronald Dean Joling and Dorothea Joan Joling
  Presentment to Contract of Ronald Dean Joling and Dorothea Joan Joling
  Notice of Public Reservation of Rights of Ronald Dean Joling and Dorothea Joan Joling, dated recorded 02/02/2010
  Memorandum of Law -- Trust Collapse

5

Letter of Rogatory