Mark Bennett Weintraub
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, Oregon 97401
Mark_Weintraub@fd.org
Telephone 541 465-6937
Facsimile  541 465-6975

Attorney for Defendant


# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION


| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 6:11-cr-60131-AA** |
| **Plaintiff,** | **DEFENDANT RONALD D. JOLING'S THIRD AMENDED EXHIBIT LIST** |
| **vs.** | |
| **RONALD D. JOLING, et. al.,** | |
| **Defendant.** | |


Defendant Ronald D. Joling, through his attorney Mark Bennett Weintraub,

Assistant Federal Public Defender, hereby submits the following list of exhibits to be

offered at trial.  The defense reserves the right to offer additional exhibits as necessary.

Newly added exhibits are printed in bold.


PAGE  1 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 301 | 06/26/1997 | Letter from Thomas W. Roberts to IRS purporting to have power of attorney for Ronald Joling filing appeal of administrative collections. |
| 302 | 06/27/1997 | Letter from Ronald Joling to Social Security Administration claiming he is a "natural born free citizen" not a 14th amendment federal U.S. property citizen. |
| 303 | 00/00/1997 | 1997 FHS Trust documents |
| 304 | 07/15/1997 | Application for Social Security Card, Form SS-5, attempting to revoke Ronald Joling's U.S. Citizenship. |
| 305 | 08/14/1997 | Letter from Dorothea Joling to IRS enclosing 10 years of non-resident amended tax returns |
| 306 | 03/19/1999 | Letter from Ronald Joling to Oregon Employment Department |
| 307 | 04/29/2001 | Letter from Barton Buhtz to Ronald Joling |
| 308 | 04/08/2002 | Email from Chet Davis to Ron Joling and enclosure regarding Honor/Dishonor Workshop, containing handwritten note to "Barton" |
| 309 | 07/15/2002 | Letter from Ronald Joling to IRS |
| 310A | 10/4/2002 – 06/29/2007 | Ron Robinson ICS History Transcript October 4, 2002, to June 29, 2007 |
| 310B | 06/29/2007 – 02/10/2014 | ICS History Transcript June 29, 2007 to February 10, 2014. |
| 311 | 2001-2003 | Correspondence between Dorothea Joling and Barton Buhtz 2001-2003 |
| **311A** | **12/31/2001** | **Letter from Michael Grant to Barton Buhtz re Joling's Oregon Employment Dept. debt.** |
| **311B** | **01/03/2002** | **Letter from Barton Buhtz to Michael Grant responding to 12/31/01 letter.** |
| 312 | 06/07/2005 | Department of Justice Press Release regarding conviction of Lynn Meredith. |
| 313 | 12/01/2005 | IRS Civil Suit Recommendation from Lloyd Neal to Jill L Pace. |

PAGE  2 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 314 | 12/07/2005 | Suit Recommendation from Lloyd Neal to Thomas Travers. |
| **315** | | **RESERVED** |
| 316 | 09/08/2009 | Department of Justice Press Release regarding conviction of Barton Buhtz. |
| 317 | 06/00/2010 | Bureau of Prisons Memoranda regarding Tracy Corona, Reg. No. 91475-198 |
| 318 | 03/25/2013 | Department of Justice Press Release announcing conviction of James Turner for conspiracy to defraud the United States, attempting to pay taxes with fictitious financial instruments, attempting to obstruct and impede the Internal Revenue Service (IRS), failing to file a 2009 federal income tax return and falsely testifying under oath in a bankruptcy proceeding. |
| 319 | | The Birth Certificate is a Trust. |
| **320** | | **RESERVED** |
| 321 | | Catalog, Foundations of Liberty. |
| 322 | | *Faith of Our Fathers*, Foundations of Liberty. |
| **323** | | **RESERVED** |
| **324** | | **RESERVED** |
| 325 | | *Builders of Freedom*, Foundations of Liberty. |
| 326 | | *Our Glorious Republic*, Foundations of Liberty. |
| 327 | | *John Marshall - Establishing the Authority of the Supreme Court*, Foundations of Liberty. |
| 328 | | *Woodrow Wilson - Part 2 1913 Most Devastating Year*, Foundations of Liberty. |
| **329** | | **RESERVED** |

PAGE  3 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 330 | | *Private Property*, Foundations of Liberty. |
| 331 | | *Freedom of the Press*, Foundations of Liberty. |
| **332** | | **RESERVED** |
| 333 | | *The Bill of Rights*, Foundations of Liberty. |
| **334** | | **RESERVED** |
| 335 | | Citizens Rule Book Bill of Rights Jury Handbook. |
| 336 | | The Constitution of the United States and The Declaration of Independence. |
| 337 | | Who's Afraid of the IRS? |
| 338 | | Association de Libertas Politically Free By Birth, Street: *Action of Distress*; Pollock & Maitland: *History of English Law*. |
| 339 | | Association de Libertas Politically Free By Birth, Sheppard: *Touchstone*. |
| 340 | | Association de Libertas Politically Free By Birth, Holland: *Jurisprudence*. . |
| 341 | | Association de Libertas Politically Free By Birth, Comyn; *Digest*; Coke: *Institutes*. |
| 342 | | Association de Libertas Politically Free By Birth. Andrews: *Treatise on American Law*; Hammond: *Introduction to Saunder's Justinian*. |
| 343 | | Bible Law Index, King James Version. |
| 344 | | Notice of Non-Bona Fide Tax Lien with U.C.C. 11 Form Included. |
| 345 | | Securing Your Property. |
| 346 | | Samples Demand for Bill of Particulars Demand for a More |

PAGE  4 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|---|---|---|
|  |  | Definite Statement. |
| 347 |  | "Texas Has Passed a Law That Will Show You How To File Criminal Charges Against The IRS -- And Void Their Liens." |
| **348** | **01/1997** | **Lynne Meredith, *Vultures in Eagle's Clothing*.** |
| 349 |  | Reserved. |
| 350 |  | Reserved. |
| 351 |  | Reserved. |
| 352 |  | Reserved. |
| 353 |  | James Hazel, *Lets Grok*. |
| 354 |  | Collected legal materials. |
| 355 |  | Pastor Pete Peters, *None Ever Call It Conspiracy*. |
| 356 |  | Helen M. Peters, *Defenders of the USA Republic*. |
| 357 |  | *Prospectus, The American Trustlaw Academy*. |
| 358 |  | *Christian Heritage Manual - Volume 2, Christian Heritage Fellowship*. |
| 359 |  | *Habeas Corpus - The Grand Writ of Liberty Theory and Practice, Melvin Stamper*. |
| 360 |  | Mel Stamper, *A Lawsuit is an Act of War*. |
| 361 | 00/00/1964 | *The New Chain-Reference Bible*, Fourth Edition. |
| 362 | 00/00/1965 | Flack, *The Adoption of the Fourteenth Amendment*. |
| 363 | 00/00/1977 | Rousas John Rushdoony, *Law & Liberty*. |
| 364 | 00/00/1979 | *William Blackstone,* Commentaries on the Laws of England - Volume 1. |

PAGE  5 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 365 | 00/00/1979 | *William Blackstone,* Commentaries on the Laws of England - Volume 2. |
| 366 | 00/00/1979 | *William Blackstone,* Commentaries on the Laws of England - Volume 3. |
| 367 | 00/00/1979 | *William Blackstone,* Commentaries on the Laws of England - Volume 4.. |
| 368 | 00/00/1981 | Frederic Bastiat, *The Law.* |
| 369 | 00/00/1982 | Schiff, Irwin Schiff and Murzin, Howy, *How Anyone Can Stop Paying Income Taxes.* |
| 370 | 10/00/1982 | Pastor Richard William Standring, *IRS Seminar Level Two.* |
| 371 | 00/00/1983 | *Common Sense Revisited.* |
| 372 | 00/00/1983 | Marshall Foster and Mary-Elaine Swanson., *The American Covenant - The Untold Story.* |
| 373 | 00/00/1983 | M.J. "Red" Beckman, *The Taxpayer Strikes Back.* |
| 374 | 00/00/1984 | John W. Whitehead, *The Stealing of America.* |
| 375 | 00/00/1984 | Lindsey Williams, *To Seduce a Nation.* |
| 376 | 00/00/1984 | Leonard B. Zike, *The Church: Entity of the State or Embassy of God.* |
| 377 | 03/00/1985 | Book 1, Republic Redress vs. Democracy. |
| 378 | 06/00/1985 | Book 2, Republic Redress vs. Democracy. |
| 379 | 09/00/1985 | Volume 1 Outline Book, Republic Redress vs. Democracy. |
| 380 | 00/00/1985 | Federal Statutes Annotated Vol. 8 & 9 Index, Republic Redress vs. Democracy. |
| 381 | 00/00/1985 | Federal Statutes Annotated Volume 8, Republic Redress vs. |

PAGE 6 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
|  |  | Democracy. |
| 382 | 00/00/1985 | Federal Statutes Annotated Volume 9, Republic Redress vs. Democracy. |
| 383 | 00/00/1985 | Judiciary Acts, Republic Redress vs. Democracy. |
| 384 | 00/00/1985 | Declaratory Judgment, Republic Redress vs. Democracy. |
| 385 | 00/00/1985 | U.S. v Wangrud, Republic Redress vs. Democracy. |
| 386 | 00/00/1985 | Social Security Act, Republic Redress vs. Democracy. |
| 387 | 00/00/1985 | Dred Scott v Sanford, Republic Redress vs. Democracy. |
| 388 | 06/00/1986 | Jury Outline, Republic Redress vs. Democracy. |
| 389 | 00/00/1985 | Irwin Schiff, *The Great Income Tax Hoax*. |
| 390 | 00/00/1986 | W. Cleon Skousen, *The Making of America - The Substance and Meaning of the Constitution*. |
| 391 | 00/00/1986 | W. Cleon Skousen, *The Making of America - Study Guide, National Center for Constitutional Studies*. |
| 392 | 00/00/1986 | Gary North, *Conspiracy - A Biblical View*. |
| 393 | 08/00/1988 | Bank Officers Handbook of Commercial Banking Law Within the United States. (Book 1 of 2). |
| 394 |  | Bank Officers Handbook of Commercial Banking Law Within the United States. (Book 2 of 2). |
| 395 | 00/00/1989 | Justice Standeth Afar Off, Danny Crane. |
| 396 | 00/00/1990 | Issue 1, Financial Survival. |
| 397 | 00/00/1991 | Ecumenical and Reformed Creeds and Confessions, Classroom Edition. |
| 398 | 00/00/1991 | Black's Law Dictionary, Abridged Sixth Edition. |

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 399 | 00/00/1992 | Operation Vampire Killer 2000 - American Police Action Plan for Stopping World Government Rule, Police Against the New World Order. |
| 400 | 09/00/1992 | The Association of Christian Freeman, *Student Seminar Manual - Volume One*. |
| 401 | 00/00/1993 | Excel-lerated Learning Institute, *The De-Taxing America Program - Volume 1*. |
| 402 | 00/00/1993 | Handbook for Federal Grand Jurors |
| 403 | 00/00/1993 | Research Institute of America, *The Complete Internal Revenue Code*. |
| 404 | 10/00/1993 | Total Revocation Package, The Ambassador. |
| 405 | 11/00/1993 | Dr. Leonard B. Zike, *Your "Christian" Marriage*. |
| 406 | 00/00/1994 | Citizens for Sovereignty, *A Question of Social Security: Rescission & Refund Package*. |
| 407 | 01/00/1994 | Eddie Kahn, *No Enforcement Statutes/IRS*. |
| 408 | 07/00/1994 | The Freeman - Ideas on Liberty. |
| 409 | 00/00/1995 | Tax Fraud & Evasion - The War Stories. |
| 410 | 04/00/1995 | Arthur Thomas, *Getting Hired Without a Scoial Security Number*. |
| 411 | 00/00/1996 | Greg Galaski, *Boston Tea Party*. |
| 412 | 10/00/1996 | Binder, American Freeman Association – Restoring the Republic; contents include collected legal materials and Scott, N.A. "Doc", *Free At Last - From The Criminal Extortion Racket IRS*. |
| **412A** | **05/20/1997** | **Excerpt from Exhibit 412.** |
| **412B** | **05/20/1997** | **Excerpt from Exhibit 412.** |

PAGE  8 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| **412C** | **05/30/1997** | **Excerpt from Exhibit 412.** |
| **412D** | **06/28/1997** | **Excerpt from Exhibit 412.** |
| **412E** | **8/11/1997** | **Excerpt from Exhibit 412.** |
| 413 | 10/00/1996 | Scott, N.A. "Doc", *Free At Last - From The Criminal Extortion Racket IRS*. |
| 414 | 00/00/1997 | Donald S. McAlvany, *War in Paradise - Surviving the Breakdown of America*. |
| 415 | 01/00/1997 | Scott, Doc, *How to Cook a Vulture*. |
| 416 | 06/00/1997 | Brown, Gerald Alan and Darnell, Charles V., *In Their Own Words*. |
| 417 | 00/00/1999 | Joseph R. Banister, *Investigating the Federal Income Tax*. |
| 418 | 00/00/1999 | Catalog, Foundation for America Christian Education. |
| 419 | 00/00/1985 | Foundation for America Christian Education, *American Dictionary of the English Language - Noah Webster 1828*. |
| 420 | 00/00/1982 | Foundation for America Christian Education, *The Christian History of the American Revolution - Consider and Ponder*. |
| 421 | 00/00/1984 | Foundation for America Christian Education, *Teaching and Learning America's Christian History - The Principle Approach*. |
| 422 | 00/00/1979 | Foundation for America Christian Education, *The Christian History of the Constitution of the United States of America - Christian Self-Government with Union*. |
| 423 | 00/00/1979 | Foundation for America Christian Education, *The Christian History of the Constitution of the United States of America - Christian Self-Government*. |
| 424 | 00/00/1983 | Foundation for America Christian Education, *The Bible and the Constitution of the United States of America - Commemorating the Year of the Bible, 1983*. |

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 425 | 09/00/1999 | The American Voice, *The Commerce Game Exposed: Learn How to Play*. |
| 426 | 02/00/2000 | Barcroft, Albert Lynn, *The Greatest Story Never Told*. |
| 427 | 05/00/2000 | Skinner, Otto, *The Biggest "Tax Loophole" of All*. |
| 428 | 05/00/2000 | Patton, Pat, *IRS: Liars, Thieves, Thugs, Cowards and Hypocrites*. |
| 429 | 00/00/2001 | *Redemption in Law, Theory and Practice, "Cracking the Code"*, 2nd Edition |
| 430 | 00/00/2002 | *Redemption, "Cracking the Code"*, 3nd Edition |
| 431 | 02/00/2002 | Training Manual, Taking Back America. |
| 432 | 06/00/2002 | Griffin, G. Edward, *The Creature from Jekyll Island*. |
| 433 | 00/00/2003 | The Research Foundation, Freedom Booklet. |
| 434 | 00/00/2003 | Cobin, John M., *Bible and Government - Public Policy from a Christian Perspective*. |
| 435 | 03/00/2003 | Where Sovereignty Lies With The People. |
| 436 | 09/00/2003 | Statement of facts and Beliefs Regarding IRS Territorial Jurisdiction. |
| 437 | 00/00/2010 | *Agenda – Grinding America Down* (CD). |
| 438 | 00/00/2004 | Vieira, Edwin, *How to Dethrone the Imperial Judiciary*. |
| 439 | 12/00/2004 | Ross, Robert-Gaylon Sr., *The Elite Don't Dare Let Us Tell the People*. |
| 440 | 00/00/2005 | Meese, Edwin III, *The Heritage Guide to the Constitution*. |
| 441 | | Reserved. |
| 442 | 11/00/2006 | Affidavit of Revocation and Rescission, unsigned. |

PAGE 10 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
| 443 | 00/00/2007 | Gutzman, Kevin R.C., *The Politically Incorrect Guide to the Constitution*. |
| 444 | 00/00/2008 | The American Bulletin, Redemption, Manual 4 Edition, *How to Become a Secured Party Debtor*. |
| 445 | 00/00/2009 | Sherriff Mack, Richard, *The County Sherriff America's Last Hope*. |
| 446 | 01/00/2009 | POCI, *Knowledge Is The Enemy Of Belief*. |
| **447** | **05/10/2010** | **Appointment of Grand Jury Marshals.** |
| **448** | **06/28/2010** | **Jail call between Tracy Corona and Dorothea & Ronald Joling.** |
| **449** | **06/29/2010** | **Jail call between Tracy Corona and Dorothea & Ronald Joling.** |
| **450** | **9/17/2009** | **Judgment, *US v. Barton Buhtz*, Case No. CR 05-30047-01-PA** |
| **451** | **01/22/2008** | **Judgment, *US v. Richard Corona*, Case No. 04CR1298-BEN** |
| **452** | **01/22/2008** | **Judgment, *US v. Tracy Corona*, Case No. 04CR1298-BEN** |
| **453** | **02/12/2009** | **Judgment, *US v. Wayne Hicks*, Case No. 5:08CR50086-001** |
| **454** | **05/01/2008** | **Judgment, *US v. Eddie Kahn*, Case No. 5:06-cr-22-Oc-10GRJ** |
| **455** | **06/08/2005** | **Judgment, *US v. Lynne Meredith*, Case No. CR-02-00372-DDP** |
| **456** | | **RESERVED** |
| **457** | | **RESERVED** |
| **458** | | **RESERVED** |
| **459** | | **RESERVED** |
| **460** | | **RESERVED** |
| **461** | **00/00/0000** | **The Ambassador, *How to Remove a 'Notice of Federal Tax Lien' (In 60 Minutes or Less)*** |

PAGE  11 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|---|---|---|
| 462 | 00/00/0000 | The AWARE Group, Forensic Accounting Exposes Fraud In Your Individual Master File (audio tape) |
| 463 | 00/00/0000 | Dr. N. A. Scott, Free At Last From the IRS (VHS tape) |
| 464 | 00/00/0000 | The Research Foundation, *Quote From History circa 1913* |
| 465 | 00/00/1978 | Merrill M.E. Jenkins Sr., *Everything I Have Was 'The IRS'* |
| 466 | 00/00/1980 | J. Eugene Wilson, J.D., *How to Fight the IRS and Win! (From Audit Through Tax Court)* |
| 467 | 00/00/1982 | Gertrude M. Coogan, *Money Creators* |
| 468 | 00/00/1982 | Floyd Wright, *Beat The IRS?? I Did!! - A Tax Relief Handbook (Revised Edition)* |
| 469 | 00/00/1982 | J. Eugene Wilson, J.D., *How to Fight the IRS and Win, II* |
| 470 | 00/00/1983 | Donald W. MacPherson, *April 15th - The Most Pernicious Attack Upon English Liberties* |
| 471 | 00/00/1984 | George Hansen, *To Harass Our People - The IRS and Government Abuse of Power* |
| 472 | 00/00/1985 | Bill Benson & M.J. 'Red' Beckman, *The Law That Never Was - The fraud of the 16th Amendment and personal Income Tax (Volume 1)* |
| 473 | 00/00/1992 | Floyd Wright, *Become a Nontaxpayer and Save (Revised and Expanded Edition)* |
| 474 | 10/00/1992 | Boston T. Party, *Good-Bye April 15th!* |
| 475 | 04/00/1995 | Daniel J. Pilla, *41 Ways to Lick the IRS with a Postage Stamp* |
| 476 | 00/00/1995 | Donald W. MacPherson, *Tax Fraud & Evasion - The War Stories* |
| 477 | 00/00/1995 | Barrie Konicov, *The Great Snow Job - The Story of Taxes &* |

PAGE  12 - DEFENDANT RONALD JOLING'S THIRD AMENDED EXHIBIT LIST

| EX NO | DATE | DESCRIPTION |
|-------|------|-------------|
|  |  | *Money, Fraud & Slavery* |
| 478 | 1995-1999 | **Various Eddie Kahn videotapes:** <br><br>**1 - The Reliance Offense, 2 - IRS Role Playing, No Enforcement Statutes - IRS Regulations Applicable for Individual Income Tax! Update Number 5 and Number 7** |
| 479 | 00/00/1998 | **Wayne Bentson 1998 Seminar, Volumes 1-4 (VHS tapes)** |
| 480 | 05/00/2000 | **Pat Patton, *IRS: Liars, Thieves, Thugs, Cowards and Hypocrites*** |
| 481 | 00/00/2000 | **The Research Foundation videotapes: The IRS Exposed 1-3** |
| 482 | 00/00/2000 | **The Research Foundation videotapes: The IRS Exposed 1-3** |
| 483 | 03/00/2000 | **Pastor Richard Standring videotapes: IRS Seminars Level 1 and Level 2** |
| 484 | 00/00/2002 | **Larken Rose, Theft By Deception - Deciphering the Federal Income Tax (VHS tape)** |
| 485 | 12/00/2004 | **Peter Eric Hendrickson, *Cracking the Code - The Fascinating Truth About Taxation in America*** |
| 486 | 00/00/2005 | **John C. Garrison, *The New Income Tax Scandal - How Congress Hijacked the Sixteenth Amendment*** |

DATED THIS 28TH DAY OF MAY, 2014.

/s/ Mark Bennett Weintraub
Mark Bennett Weintraub
Assistant Federal Public Defender
Attorney for Defendant