Judge Aiken — Re Count 2

must we find mrs Johng owed
Taxes for 1997, 1998, 2002

[redacted]

10/22 @ 3:25 PM Received by court

Members of The Jury,
  Please refer to Jury Instructs
number 19 for Count 2.
           ANN AIKEN
           US DISTRICT JUDGE
           Oct 22, 2014
           3:58 PM